IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN ORANE HUDSON

    Plaintiff,

vs.                                         Case No. 4:12cv494-WS/CAS

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.
_____/

## ORDER OF SUBSTITUTION

On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security and pursuant to Rule 25(d) of the Federal Rules of Civil Procedure is substituted as the Defendant.

Accordingly, it is **ORDERED** that the Clerk shall substitute Carolyn W. Colvin for Michael J. Astrue on the docket.

**DONE AND ORDERED** on March 6, 2013.

                                        S/ Charles A. Stampelos
                                        **CHARLES A. STAMPELOS**
                                        **UNITED STATES MAGISTRATE JUDGE**