# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOHN ORANE HUDSON**

    VS                                                CASE NO. 4:12-cv-00494-WS-CAS

**CAROLYN W. COLVIN**

## REFERRAL AND ORDER

    The **unopposed** motion/pleading was filed by defendant on 3/5/2013 (document #14), and referred to Magistrate Judge Charles A. Stampelos on 3/6/2013.

    Summary of motion/pleading: MOTION for Extension of Time to File Response/Reply to Plaintiff's Memorandum by Defendant.

                                                  JESSICA J. LYUBLANOVITS
                                                  CLERK OF COURT

                                                  _s/ Judy Stone_
                                                  DEPUTY CLERK

---

## ORDER OF COURT

    Upon consideration of the foregoing, it is **ORDERED** this 6th day of March, 2013, the requested relief is **GRANTED**. Defendant shall have until April 8, 2013, to file a reply Memorandum.

                                                  S/ Charles A. Stampelos
                                                UNITED STATES MAGISTRATE JUDGE