IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN ORANE HUDSON,

    Plaintiff,

v.                                                                              4:12cv494-WS

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security Administration,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed July 31, 2013. See Doc. 18. The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for benefits be affirmed. The plaintiff has filed no objections to the report and recommendation.

Having carefully reviewed the magistrate judge's report and recommendation, the ALJ's decision, and the administrative record, this court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The court ADOPTS and incorporates into this order the magistrate judge's

report and recommendation (doc. 18) docketed July 31, 2013.

    2. The Commissioner's decision to deny the plaintiff's application for benefits is AFFIRMED.

    3. The clerk shall enter judgment stating: "The decision of the Commissioner is AFFIRMED."

    DONE AND ORDERED this    3rd    day of    October   , 2013.


                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE